In the Matter of the Appraisal under the Transfer Tax Act of the Estate of LAURA ASTOR DELANO, Deceased.

ARTHUR ASTOR CAREY et al., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Delano*, 105 App. Div. 642, affirmed.
(Argued November 22, 1905; decided December 12, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1905, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax on the estate of Laura Astor Delano, deceased.

*Lucius H. Beers* for appellants.

*George M. Judd* and *Edward H. Fallows* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

FREDERICK DASSORI, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Dassori* v. *City of New York*, 96 App. Div. 636, affirmed.
(Argued November 22, 1905; decided December 12, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 28, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Frederic R. Coudert* and *John P. Murray* for appellant.

*John J. Delany*, Corporation Counsel (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.